**No. 53706.**—Herman Hollander, Inc. *v.* United States, protest 147130–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact landed. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties. The protest was sustained to this extent.

**No. 53707.**—Abels Wasserberg & Co. et al. *v.* United States, protests 146121–K (A), etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53708.**—Intra-Mar Transport Corporation et al. *v.* United States, protests 148093–K (A), etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 10, 1949

**No. 53709.**—Railway Express Agency, Inc. *v.* United States, petition 6754–R (Pembina).

Opinion by LAWRENCE, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 15, 1949

**No. 53710.**—Kawahara Co. *v.* United States, protest 549902–G (Los Angeles).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the durikono passed upon in Abstract 52550, the claim of the plaintiff was sustained.